UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| BRYNHILL INVESTMENTS, LLC, and STONEHILL INVESTMENTS, LLC, | § § § |  |
|---|---|---|
| *Plaintiffs*, | § § |  |
| v. | § § | CASE NO.: _____ |
| NTENT, INC., PATRICK CONDO, and MATTHEW G. JONES, | § § § § |  |
| *Defendants*. | § |  |

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | DATE FILED |
|:---:|---|:---:|
| A | Index of Exhibits | 12/01/21 |
| B | State Court Docket Sheet | 12/01/21 |
| C-1 | Plaintiff's Original Petition | 09/28/21 |
| C-2 | Letter from Plaintiff's Counsel Regarding Request for Citations | 10/01/21 |
| C-3 | Citation for NTENT, Inc. | 10/08/21 |
| C-4 | Citation for Patrick Condo | 10/08/21 |
| C-5 | Citation for Matthew G. Jones | 10/08/21 |
| C-6 | Texas Secretary of State Certificate of Service for NTENT, Inc. | 11/09/21 |
| C-7 | Texas Secretary of State Certificate of Service for Patrick Condo | 11/09/21 |
| C-8 | Texas Secretary of State Certificate of Service for Matthew G. Jones | 11/09/21 |
| C-9 | 101st Judicial District Dismissal for Want of Prosecution Letter to Patrick Condo | 11/30/21 |

**EXHIBIT A**

| EXHIBIT | DESCRIPTION | DATE FILED |
|---|---|---|
| C-10 | 101st Judicial District Dismissal for Want of Prosecution Letter to Matthew G. Jones | 11/30/21 |
| C-11 | 101st Judicial District Dismissal for Want of Prosecution Letter to NTENT, Inc. | 11/30/21 |
| C-12 | 101st Judicial District Dismissal for Want of Prosecution Letter to Plaintiff's Counsel | 11/30/21 |
| D | NTENT, Inc.'s Certificate of Interested Persons | 12/01/21 |

**EXHIBIT A**